**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL MATHIAS,

Defendant.

Criminal No. 20-231(1) (JRT/DTS)

**FINAL ORDER OF FORFEITURE**

---

WHEREAS, on September 19, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(8), and 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c) (Docket No. 360);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on September 25, 2024 and December 4, 2024, respectively, providing notice of the government's intention to dispose of the subject property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no third party has filed a petition or otherwise asserted a legal interest in any of the property;

Now, therefore, **IT IS HEREBY ORDERED** that:

1. The United States' Motion for a Final Order of Forfeiture (Docket No. [440]) is **GRANTED**; and

2. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 982(a)(8), and 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

a. $1,679.00 in United States Currency seized on February 19, 2020, from 110 Garden Terrace Drive, Oxford, Mississippi;

Miscellaneous Electronic Devices and Computer Equipment Seized From 814 Jackson Avenue E, Suite 1, Oxford, Mississippi on February 19, 2020:

b. HP Pavilion, Model a6603w, SN: 3CR84310B4;
c. Blue Samsung cell phone with card holder;
d. Black Apple iPhone with turquoise case;
e. Sony CD-R;
f. Floppy discs;
g. HP all-in-one computer, Model 23-q113w, SN: 8CC5380HFK;
h. Seagate hard drive;
i. Apple Macbook Air, model A165;
j. Apple iPad in dark grey case;
k. Apple iPhone with cracked screen and Nike case;
l. Apple iPhone 11 in Otterbox case
m. Lexar thumb drive 32GB;
n. HP Pavilion P6000 computer, Model p6523w, SN: 4CE02224CI;
o. HP all-in-one computer, Model 22-b226, SN: 8CC80520KH;
p. Apple iPhone seized from Daniel Mathias;

Miscellaneous Electronic Devices and Computer Equipment Seized From 110 Garden Terrace Drive, Oxford, Mississippi on February 19, 2020:

q. Apple iPhone, Model A1429, IMEI: 990002720571700;
r. Kindle tablet, Model D01400;
s. Apple iPad, SN: DLXXL0A9KC48;
t. HP Pavilion all-in-one, SN: MXX5440GKZ;
u. HP desktop tower, Model a6603w, SN: 3CR842142Z;

v. Dell Inspiron laptop, Model PP20L, Service Tag#: CB3271B1;
w. Apple iPad, Model Al396, IMEI: 01292300529388;
x. LG phone, model LG-M150, IMEI: 353712-09-108769-5, SN: 710BTWP109769;
y. Silver Apple iPhone in Braves case, Model A1586, IMEI: 352074068385698;
z. LG phone, Model LG-Ml50, SN: 712VTPA618072;
aa. LG phone, Model LG-M150, SN: 710CQML983015;
bb. Samsung phone, Model SCH-I100;
cc. Rose gold Apple iPhone with cracked screen;
dd. Lacie 1TB external hard drive, SN: NL6E4219;
ee. Apple iPad, Model A1459;
ff. Dell laptop, Model PP10S, Service Tag#: CRQ1871;
gg. Cooler Master computer tower;
hh. HP laptop with charging cable, Model 14-bw-065nr, SN: 5CD7234H6C;
ii. Kindle Tablet;
jj. Dreamtab tablet, SN: DT08B2002A182141009;
kk. Apple iPhone rose-gold colored, Model A1524, IMEI: 359246060981913;
ll. Apple iPhone 8 Plus, SN: FD2VL6C6JCM1, IMEI: 3567140881787999; and,
mm. ZTE cell phone, Model Z558VL, SN: L320286378573

(together, "the Property"); and

3. the United States shall dispose of the Property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: October 15, 2026
at Minneapolis, Minnesota.

/s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge